Copy United States Dist. Court

Daniel Herrera #61851
P.O. Box 550
Gunnison, Utah 84634

7:35pm

Turn page →

C/o United States District Court
To Clerk of the Court
351 South West Temple
Salt Lake City, Utah 84101

December 2, 2021

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 06 2021

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

RE: Daniel Herrera vs. Stephen R. Hadfield et. al.,
Case No. 1:21-CV-00095-RJS

To Clerk of the Court,

ENCLOSE: Letters addressed to First District Court, Judicial Asst's & Box Elder County Attorneys Office, Atty. Stephen R. Hadfield

I sent (defendants), Judicial Asst's, copies to the notice to submit for decisions, regarding pending cases, 210100078 & 210100163, that they've delayed, and I sent defendant Stephen R. Hadfield, a letter with a copy of the letter addressed to Contract Attys, dated March 21, 2019, which is Exhibit 1, to the Third Amended Complaint filed with the United States District Court, dated November 27, 2021.

Merry

PeH

Daniel Herrera #61851

*Copy*
*United States Dist. Court*

Daniel Herrera #61851
P.O. Box 550
Gunnison, Utah 84634

Exhibit 11

Turn page →

*Third Amended Complaint*

C/o First District Court                                  December 2, 2021
To Judicial Asst's Brown, Johnston & Cole
43 North Main Street
Brigham City, Utah 84302

RE: Case NOS. 1:21-CV-00095-RJS/210100078 & 210100163.

To Judicial Asst's,

ENCLOSE: Second COPIES to both Notice to Submit for Decisions, Case NOS. 210100078 & 210100163.

On September 2, 2021, I sent you a GRAMA form requesting that you send me COPIES of ALL documents sent with the Complaint against Brandon J. Maynard, Case No. 210100163. You were also required to send me the docket statement regarding the same case number. You sending me documents without postage is noted, and will be presented when the time comes. See: UCA § 78A-2-223

CC: United States District Court

Original is notarized                                  Daniel Herrera #61851
by Gina Hurst #709229

Copy
United States
Dist. Court

Daniel Hevron #61551
P.O. Box 550
Gunnison, Utah 84634

Exhibit 10
7:35 PM

C/O Box Elder County Attorneys Office                    12/2/2021

To Atty. Stephen R. Hadfield
81 North Main Street
Brigham City, Utah 84302

RE: Case Nos. 1:21-CV-00095-RJS / 210100078 / &
210100163

Third Amended Complaint

To Atty. Stephen R. Hadfield,

ENCLOSE: Letter addressed to Contract Attys,
dated March 21, 2019.

    You are required to recuse yourself from representing any case's that your involved with. You're being implicated with criminal activity. I want you to go over the letter I enclosed with your letter. You see the "I♡U!" stated below. That message was written by the allege victim, Amanda Boldvin. The same Amanda Boldvin that has accused me of the charges that I am presently in the custody of the Utah Dept. of Corrections, Case Nos. 161100451 & 181100017. You, Brian P. Duncan & Blair T. Wardle, thought that if Amanda sent me a message through the Utah Dept. of Corrections, Contract Attorneys Office, Atty. David J. Angerhofer, that I would cooperate with your illegal activity. Your corruption goes back to August, 2015.

I'm going to see that you and your Co-Conspirators, are all indicted for your involvement with Electronic harassment; Gang Stalking; and the multiple attempts & threats, made to my life. My email addresses, phone device was hacked, cloned and or tampered with. This is the reason Blair T. Wardle, was unable to disclose the "So-Called" email messages with mine and or Amanda's email addresses stated, Case No. 151100357. Nor phone records, Case No. 181100017. Make sure you inform James "Jim" Campos, Sharia N. Yancey, Skyler B. Gailey, Julie Jacobson, and others involved, that they will also be indicted. Your brother Jeff Hadfield, was sent a GRAMA form on November 24, 2021, requesting that he disclose those phone records and Tremonton City Police Officer incident report 17-T04769, regarding Case No. 181100017. A Complaint against Atty. David J. Angerhofer, was also filed with the Office of Professional Conduct on the same day.

Date  12/2/2021

cc: United States Dist. Court

Original is notarized by Gina Hurst #709229

Daniel Herrera #61851